SOUTHERN *et al. v.* MORRIS *et al.*

GILBERT, J. The suit was for injunction, cancellation, and a money judgment. A verdict and judgment were rendered in favor of the plaintiffs. The exception is to be the judgment refusing a new trial. The motion consisted of the usual general grounds. *Held,* that the verdict is supported by evidence. *Judgment affirmed. All the Justices concur.*

No. 8763. MARCH 18, 1932.

*H. B. Moss,* for plaintiffs in error.

*Fred Morris, F. T. Wills, L. M. Blair,* and *Roberts & Vandiviere,* contra.